OPINION — AG — ** MOTOR VEHICLES — LICENSE AND REGISTRATION FEE — COSTS ** THE DATE OF REGISTRATION IS THE CONTROLLING DATE AS TO THE AMOUNT OF LICENSE AND REGISTRATION FEE WHICH THE PURCHASER OF A NEW VEHICLE IN OKLAHOMA SHOULD PAY, PROVIDED THE VEHICLE IS REGISTERED WITHIN TEN(10) DAYS FROM THE DATE OF PURCHASE. (REGISTRATION, FEE, LICENSE, DATE OF) CITE: 47 O.S. 22.13 [47-22.13] 47 O.S. 22.30 (A) [47-22.30], 47 O.S. 22.17 [47-22.17] (HUGH H. COLLUM)